## Joseph Goodman, Appellee, v. Alexander Weinberger, Appellant.

### Gen. No. 18,822. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. EDWARD M. MANGAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed February 5, 1914.

## Statement of the Case.

Action by Joseph Goodman against Alexander Wein-

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

berger to recover damages caused by defendant trespassing on plaintiff's leased property and tearing down sheds upon which plaintiff held a lease from the defendant. From a judgment in favor of plaintiff for two hundred and ninety-five dollars, defendant appeals.

ISAIAH CAMPBELL, for appellant.

JOHN C. TRAINOR, for appellee.

MR. PRESIDING JUSTICE FITCH delivered the opinion of the court.

### Abstract of the Decision.

1. LANDLORD AND TENANT, § 173*—*when evidence sufficient to sustain recovery by tenant for trespass of landlord.* In an action by a tenant against his landlord for damages caused by the defendant trespassing on property leased and tearing down sheds, a verdict in favor of plaintiff *held* not contrary to the weight of the evidence.

2. EVIDENCE, § 476*—*weight of the evidence.* The mere fact that more witnesses testified on one side than on the other does not, of itself, determine the weight of the evidence.

3. EVIDENCE, § 277*—*when photographs admissible.* In an action by a tenant to recover damages caused by the landlord trespassing on premises and tearing down sheds, admission in evidence of certain photographs apparently for the purpose of proving the location of a barn in view of the defendant's claim that the barn referred to in the lease was on an adjoining lot, *held* not error.

4. TRESPASS, § 62*—*when recovery not excessive.* A verdict for two hundred and ninety-five dollars as damages sustained by tenant for trespass of landlord and removing sheds, *held* not excessive.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.